

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kyron Dylnn Adams, Appellant

No. 06-18-00178-CR      v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 46,639-B).   Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Carter,* participating.   *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Kyron Dylnn Adams, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 20, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk